IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN RAY,                                           No. CIV S-09-2541-CMK-P

      Petitioner,

  vs.                                                     ORDER

G. SWARTOUT, et al.,

      Respondents.

_____/

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole. Pending before the court is petitioner's request (Doc. 13) that the court: (1) order respondents to serve petitioner with a copy of their answer to the petition; and (2) grant additional time to file a traverse. As to the answer, respondents filed a proof of service on January 19, 2010, reflecting service on petitioner. As to the traverse, and good cause appearing therefor, petitioner's request for an

/ / /

/ / /

/ / /

/ / /

1

1 | extension of time is granted.  Petitioner may file a traverse within 30 days of the date of this
2 | order.
3 |        IT IS SO ORDERED.
4 | DATED: January 27, 2010
5 |
6 |                                       **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE